# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:07cr34

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| KEVIN ANTHONY HARPER. | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* "Request for Documentation on Firearm" [Doc. 53], filed on July 5, 2011.

The Defendant moves the Court to order the United States Attorney to release any and all information regarding the whereabouts of the firearm at issue in this case. [Doc. 53]. The record reflects that the Defendant pled guilty to possessing counterfeit currency, in violation of 18 U.S.C. § 472, and to possessing a firearm, namely a Kel-Tec 9mm handgun, after having been convicted of a felony, in violation of 18 U.S.C. § 922(g)(1). [Plea Agreement, Doc. 10]. Following the entry of Judgment [Doc. 23, as amended Doc. 31], and the dismissal of Defendant's appeal by the Fourth Circuit Court of Appeals [Doc. 44], the Government filed a motion seeking authorization to destroy the Kel-Tec 9mm handgun [Doc. 46]. The Court granted the

Government's motion on August 4, 2009. [Doc. 47]. Because the Court authorized the destruction of the firearm at issue, the Defendant's present motion is moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* "Request for Documentation on Firearm" [Doc. 53] is **DENIED AS MOOT.**

**IT IS SO ORDERED**.

Signed: October 22, 2011

Martin Reidinger
United States District Judge